NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WATERBLASTING, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2423

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00504.

---

## JUDGMENT

---

ANDREW D. LOCKTON, McHale & Slavin, P.A., Palm Beach Gardens, FL, argued for appellant. Also represented by EDWARD F. McHALE.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W.

KRAUSE, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, BRYSON and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 6, 2020      /s/ Peter R. Marksteiner
     Date       Peter R. Marksteiner
              Clerk of Court